✓ FILED    ___ LODGED

___ RECEIVED ___ COPY

JUN 0 3 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ K\n _____ Z DEPUTY

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. **CR-25-00835-PHX-DJH (ESW)** |
| Plaintiff, | **ORDER TO SEAL INDICTMENT** |
| v. | |
| 1. Barrett Weinberger, and | **(Filed Under Seal)** |
| 2. Lawrence Gray, | |
| Defendants. | |

Based upon the United States of America's Motion to Seal pursuant to Fed.R.Crim.P. 6(e)(4), and good cause appearing;

**IT IS ORDERED** that the Indictment filed in this matter, the Motion to Seal and this order be filed under seal, to be unsealed upon the arrest of the defendant.

DATED this ___3rd___ day of ___JUNE, 2025___.

_____
HONORABLE JOHN Z. BOYLE
United States Magistrate Judge

CC: None