Alfred S. Donau, III (003540)
37625 South Skyline Drive
Tucson, Arizona 85739
(520) 991-3480 Telephone
skipdonau@aol.com Email

Brian F. Russo (018594)
10037 East Dynamite Blvd.
Suite C-101
Scottsdale, Arizona 85262
(602) 340-1133 Telephone
bfrusso@att.net Email

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

## DISTRCIT OF ARIZONA

| United States of America, | ) | Case No. CR25-00835-PHX-DJH |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF APPEARANCE** |
| vs. | ) | |
| Barrett James Weinberger, | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that Alfred S. Donau, III and Brian F. Russo enter their notice of appearance for the Defendant in the above captioned matter for all further proceedings.

DATED this 12th day of June, 2025.

Brian F. Russo
Attorney for Defendant

Alfred S. Donau, III
Attorney for Defendant